**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re: **Debtor(s):**
Delores McNair – See below for reported alias information. xxx–xx–6428
– See below for reported alias information.

Case No.: 13–41485 –A659

**CHAPTER 7**

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as to the above–named debtor(s) for the reason(s) indicated below.

- ☑ Debtor(s) did not file Official Form 23 or Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.
- ☐ Debtor(s) has/have not certified that all domestic support obligations due have been paid.
- ☐ Debtor(s) has/have not filed the Statistical Summary of Schedules.

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

Dated: 6/28/13

**Reported Alias Information:**
Delores McNair –
–
Rev. 10/06